**2014–0920.   Nguyen v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–5766. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellants' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–1768.   Heritage Club v. Warren Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–5703. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–1842.   Tye–Wy, L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–6115. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellants' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–1845.   Schlacht v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–6123. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellants' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–1916.   Roee v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2013–6418. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellants' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–1918.   RGA Constr. Co., L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2014–828. This cause is pending before the court as an appeal from the Board of Tax Appeals.

Upon consideration of appellants' application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.

It is further ordered that a mandate be sent to and filed with the Board of Tax Appeals.

**2014–1939.   Toledo Police Command Officers' Assn. v. State Emp. Relations Bd.**
Lucas App. No. L–13–1074, 2013-Ohio-4341. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's application for dismissal, it is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.